**Angel A. HERNANDEZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3180.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2004.

Pedro R. Vazquez, III., Vazquez Law, Guaynabo, PR, for Petitioner.

Stephen D. Lobaugh, U.S. Postal Service, Washington, DC, for Respondent.

## ON MOTION

### ORDER

Upon consideration of Angel A. Hernandez's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) Hernandez's petition for review is reinstated, the dismissal order is vacated, and the mandate is recalled for the purpose of granting his motion to voluntarily dismiss his petition for review.

(2) Hernandez's motion to voluntarily dismiss his petition for review is granted.

(3) Each side shall bear its own costs